IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MILDRED RAINES,

    Plaintiff,

vs.                             CASE NO. 5:08cv325/RS-EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion To Remand (Doc. 19) is granted, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g), and Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation (Doc. 20).

4.  The clerk is directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to administratively close the file.

**ORDERED** on June 24, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**