# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MILDRED RAINES,

    Plaintiff,

vs.                                        CASE NO. 5:08cv325/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 27). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Plaintiff's Application For Attorney Fees Under The Equal Access To Justice Act (Doc. 25) is granted.

3. Plaintiff is entitled to recover fees in the amount of $1,468.75 pursuant to 28 U.S.C. §2412 (EAJA) for time expended by Plaintiff's counsel in representing Plaintiff before the United States District Court for the Northern District of Florida. The amount of attorney fees and hourly rates requested under the EAJA are reasonable. The Commissioner of Social Security is directed to pay Plaintiff that amount.

**ORDERED** on October 15, 2009.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**